IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA         *
                                 *
        v.                       *    CR 122-001
                                 *
TAVARIS KEXON RAMSEY             *

_____

ORDER

_____

Presently before the Court is Defendant Tavaris Kexon Ramsey's motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) based upon the United States Sentencing Commission's *proposed* amendments to U.S.S.G. § 1B1.13. Until the amendments become law, this Court cannot afford the relief he seeks. Accordingly, the motion (doc. 33) is **TERMINATED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of June, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA